**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jamal KNOX, Petitioner**

No. 341 WAL 2016

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of January, 2017, the Petition for Allowance of Appeal is GRANTED, LIMITED TO the issue set forth below. Allocatur is DENIED as to the remaining issue. The issue, as stated by Petitioner, is:

[Is t]he question of whether the artistic creation of Petitioner constitutes protected free speech or a true threat punishable by criminal sanction ... of such substantial importance as to require prompt and definitive resolution by the Supreme Court of Pennsylvania, even if the High Court must decide this question *sua sponte*[?]

■

**Steven SMITH, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE), Respondent**

No. 331 WAL 2016

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of January, 2017, the Petition for Allowance of Appeal and the Application for Leave to File a Reply are DENIED.